```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

FAUSTO SOTO,
    Petitioner,

    v.                                                CIVIL ACTION NO.
                                                    12-12023-RGS

KELLY RYAN,
    Respondent.

**PROCEDURAL ORDER**

**April 5, 2013**

**BOWLER, U.S.M.J.**

    Petitioner Fausto Soto filed the above styled petition under 28 U.S.C. § 2254. Respondent Ryan Kelly filed an answer and a supplemental answer but has not filed an opposition to the petition. The deadline to file any such opposition or a dispositive motion is May 21, 2013.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge